UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| CHRISTY J. DELLO, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:14-cv-01375-RCJ-NJK |
| vs. | ) | |
| | ) | |
| UNITED STATES, | ) | ORDER |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On August 25, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. The application does not comply with Federal Rule of Civil Procedure 5.2(a) as it contains improper confidential information.[1] Rule 5.2 provides that a filing should not contain an individual's social security number, financial account number, or birth date. Fed.R.Civ.P. 5.2(a).

Based upon the foregoing,

**IT IS SO ORDERED**:

1. The Clerk of the Court shall seal the following document: Docket No. 1.

2. Plaintiff shall file a redacted version of his application to proceed *in forma pauperis*

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
(1) the last four digits of the social-security number and taxpayer-identification number;
(2) the year of the individual's birth;
(3) the minor's initials; and
(4) the last four digits of the financial-account number.

        in compliance with Federal Rule of Civil Procedure 5.2 no later than September 24, 2014.

3.     Failure to file a redacted application by September 24, 2014, will result in denial of Plaintiff's application to proceed *in forma pauperis*.

DATED: September 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge