UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| CHRISTY J. DELLO,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>             Defendants. | CASE NO.: 2:14-CV-01375-RCJ-NJK<br><br>O R D E R |

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on December 15, 2014, in which the Magistrate Judge recommends the Court dismiss this action without prejudice.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6).

        IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.  The Clerk of the Court shall enter judgment accordingly and close the case.

        IT IS SO ORDERED this 2nd day of January, 2015.

                                                       _____
                                                          ROBERT C. JONES
                                                          UNITED STATES DISTRICT JUDGE